# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 APR -2 PM 2: 15

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v )<br>)<br>)<br>Mohamed MILOUDI )<br>a/k/a )<br>Emilio Sanchez-RIVERA, )<br>Defendant. )<br>) | Magistrate Docket No.<br><br>'08 MJ 1014       KNH<br>Case No.<br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. Sec. 1546(b) -<br>Possession of Document<br>Obtained By Fraud (Felony) |

The undersigned complainant being duly sworn states:

## COUNT ONE

Beginning or about January 6, 2007, within the Southern District of California, defendant,

Mohamed MILOUDI
a/k/a Emilio Sanchez-RIVERA

did knowingly and willfully possess and use an alien employment authorization card numbered A093455872, which the defendant knew was forged, counterfeit, altered, or falsely made, or otherwise procured by fraud or unlawfully obtained, for the purposes of satisfying a requirement of Section 274A(b) of the Immigration and Nationality Act, in violation of Title 18, United States Code, Section 1546(b).

And the complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
Signature of Complainant

SPECIAL AGENT - U.S. DHS
Official Title

SWORN AND SUBSCRIBED TO before me this 2nd day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT
RE: Mohamed MILOUDI a/k/a Emilio Sanchez-RIVERA
A093 455 872

### STATEMENT OF FACTS

The complainant states that this complaint is based on statements of the defendant that on or about March 10th, 2008, while in immigration court (880 Front Street, Room B-269), the defendant stated for the court record that his true and correct name was "Mohamed MILOUDI," a citizen and national of the country of France, and that he was not, in fact, "Emilio Sanchez-RIVERA," a citizen and national of Mexico.

It was determined by an examination of immigration documents contained within the defendant's alien file that on or about the 14th of September, 2005, the defendant knowingly filed an I-687 (Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act) under the name of "Emilio Sanchez-RIVERA" with the US Department of Homeland Security, Bureau of Citizenship and Immigration Services. Subsequent to that filing, on the 31st of October, 2005, the defendant knowingly received an alien employment authorization document numbered 093-455-872 in the name of "Emilio Sanchez-RIVERA," thereafter using said document to gain employment.

On March 2nd, 2007, the defendant received a Notice of Decision from the US Department of Homeland Security, Bureau of Citizenship and Immigration Services stating that his application for temporary residency had been denied. Due to this denial, the defendant's employment authorization card finally expired on the 5th of January, 2008, rendering the defendant "out of status" for immigration purposes.