FILED

08 APR 16 PM 4:36

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1197 LAB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1546(b) - Fraud and Misuse of Employment Document; Title 18, U.S.C., Sec. 1028A(a)(1) - Aggravated Identity Theft |
| MOHAMED MILOUDI, aka Emilio Sanchez-Rivera, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about May 16, 2006, within the Southern District of California, defendant MOHAMED MILOUDI, aka Emilio Sanchez-Rivera, did knowingly use an identification card, namely, an alien employment authorization card in the name of Emilio Sanchez-Rivera, knowing or having reason to know that said document was not issued lawfully for his use and was false, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act; in violation of Title 18, United States Code, Section 1546(b).

//

//

RSK:nlv(1):San Diego
4/16/08

Count 2

On or about May 16, 2006, within the Southern District of California, defendant MOHAMED MILOUDI, aka Emilio Sanchez-Rivera, during and in relation to a violation of Title 18, United States Code, Section 1546, knowingly possessed and used, without lawful authority, a means of identification of another person, to wit: an alien employment authorization card in the name of Emilio Sanchez-Rivera; in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: April 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
REBECCA S. KANTER
Assistant U.S. Attorney