**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Mohamed Miloudi

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR1197-LAB |
| Plaintiff, ) | |
| ) | DATE:      MAY 27, 2008 |
| v. ) | TIME:      2:00 P.M. |
| ) | |
| **MOHAMED MILOUDI**, ) | **MOTION TO SHORTEN TIME** |
| Defendant. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time for filing Mr. Miloudi's <u>NOTICE OF MOTIONS AND MOTIONS</u>, to fifteen (15) days, to be heard May 27, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

Counsel is received pertinent additional discovery from the government after the May 2, 2008, filing deadline for motions. Additionally, counsel was set for two jury trials in the interim, one before the Hon. Janis L. Sammartino on May 19, 2008, in <u>United States v. Gaudencio Cayetano-Camacho</u>, 07cr3267-JLS and one before the Hon. John A. Houston on May 13, 2008, in <u>United States v. Jose Raymundo Contreras-Hernandez</u>, 07cr3190-JAH.

Respectfully submitted,

*s/ Candis Mitchell*
DATED: May 21, 2008       **CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Mohamed Miloudi