1  **CANDIS MITCHELL**
   California Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Mohamed Miloudi

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR1197-LAB |
| Plaintiff, ) | |
| ) | DATE: MAY 27, 2008 |
| v. ) | TIME: 2:00 P.M. |
| ) | |
| **MOHAMED MILOUDI**, ) | **MOTION TO SHORTEN TIME** |
| Defendant. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time for filing Mr. Miloudi's <u>NOTICE OF MOTIONS AND MOTIONS</u>:

(1) Dismiss Count Two as Multiplicitous;

(2) Dismiss Count Two For Lack of Jurisdiction Because 18 U.S.C. § 1028A Does Not Apply to Foreign Nationals;

(3) Dismiss the Indictment due to improper Grand Jury instructions;

(4) Compel Production Grand Jury Transcripts; And,

(5) Dismiss the Indictment for Violation of Mr. Miloudi's Due Process Rights

to five (5) days, to be heard May 27, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

//

//

08CR1197-LAB

1 | Counsel is received pertinent additional discovery from the government after the May 2, 2008, filing deadline for motions. Additionally, counsel was set for two jury trials in the interim, one before the Hon. Janis L. Sammartino on May 19, 2008, in <u>United States v. Gaudencio Cayetano-Camacho</u>, 07cr3267-JLS and one before the Hon. John A. Houston on May 13, 2008, in <u>United States v. Jose Raymundo Contreras-Hernandez</u>, 07cr3190-JAH.

Respectfully submitted,

DATED: May 21, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Mohamed Miloudi