UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MOHAMED MILOUDI**, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 08CR1197-LAB <br><br><br><br> **ORDER** |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore, **IT IS HEREBY ORDERED** that time for filings defendant's NOTICE OF MOTIONS AND MOTIONS:

**Dismiss** Count Two as Multiplicitous;

**Dismiss Lack of Jurisdiction** Because 18 U.S.C. § 1028A Does Not Apply to Foreign Nationals;

**Dismiss the Indictment due to improper Grand Jury instruction**s;

**Compel Production Grand Jury Transcripts**; And

**Dismiss the Indictment** for Violation of Mr. Miloudi's Due Process Rights

///

///

08CR1197-LAB

1 | in the above-entitled action be shortened to five (5) days, and shall be heard on May 27, 2008, at 2:00

2 | p.m., or as soon thereafter as counsel may be heard.

3 | DATED: May 21, 2008

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge