1  **CANDIS MITCHELL**
   California Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Mohamed Miloudi

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE LARRY BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 08CR1197-LAB |
| Plaintiff, | |
| v. | DATE: MAY 27, 2008<br>TIME: 2:00 P.M. |
| **MOHAMED MILOUDI**, | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | 1) DISMISS COUNT TWO AS MULTIPLICITOUS;<br>2) DISMISS COUNT TWO FOR LACK OF JURISDICTION BECAUSE 18 U.S.C. § 1028A DOES NOT APPLY TO FOREIGN NATIONALS;<br>3) DISMISS INDICTMENT DUE TO IMPROPER GRAND JURY INSTRUCTIONS;<br>4) COMPEL PRODUCTION GRAND JURY TRANSCRIPTS; AND,<br>5) DISMISS THE INDICTMENT FOR VIOLATION OF MR. MILOUDI'S DUE PROCESS RIGHTS. |

23  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
          REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:

25  PLEASE TAKE NOTICE that on May 27, 2008, at 2:00 p.m., or as soon thereafter as counsel may

26  be heard, defendant, Mr. Mohamed Miloudi, by and through his attorneys, Candis Mitchell and Federal

27  Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

28  //

**MOTIONS**

Defendant, Mohamed Miloudi, by and through his attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Dismiss Count Two as Multiplicitous;

(2)   Dismiss Count Two For Lack of Jurisdiction Because 18 U.S.C. § 1028A Does Not Apply to Foreign Nationals;

(3)   Dismiss the Indictment due to improper Grand Jury instructions;

(4)   Compel Production Grand Jury Transcripts; And,

(5)   Dismiss the Indictment for Violation of Mr. Miloudi's Due Process Rights.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: May 22, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Mohamed Miloudi
Candis_Mitchell@fd.org