# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  08cr1197-LAB |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Mohamed Miloudi | ) | Booking No. 08066298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  7/28/08

the Court entered the following order:

✓  Defendant be released from custody.

_____  Defendant placed on supervised / unsupervised probation / supervised release.

_____  Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____  Defendant released on $_____ bond posted.

_____  Defendant appeared in Court. FINGERPRINT & RELEASE.

_____  Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____  Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____  c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____  Bench Warrant Recalled.

_____  Defendant forfeited collateral.

_____  Case Dismissed.

_____  Defendant to be released to Pretrial Services for electronic monitoring.

✓  Other.  5 years probation

LARRY A. BURNS

UNITED STATES ~~MAGISTRATE~~ JUDGE  DISTRICT

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk   T. WASHAM

Received _____ #3081
DUSM

Crim-9   (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY